UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20356-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES CATALANO,

        Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

    James Catalano, through undersigned counsel, hereby files this Unopposed Motion to Continue Trial Date, and in support thereof states as follows.

1. Mr. Catalano was indicted on August 10, 2022 and charged with one count of cyber harassment in violation of 18 U.S.C. § 2261A(2)(B). He is currently released on bond and is living at home in California.

2. Trial in this matter is currently set for October 11, 2022.

3. Undersigned counsel has been preparing for trial in the case of *United States v. Lawrence Alexander*, 21-CR-60253-KMM. That case is currently set for trial on November 7, 2022 and involves millions of documents, 130 pages of exhibits, and dozens of witnesses. Both the defense and government have filed numerous substantive motions that must be heard in the weeks leading up to trial, including but not limited to motions to dismiss, a motion for bill of particulars, an omnibus motion in limine, a motion to admit polygraph evidence, a motion to exclude government experts, a motion to compel, and a motion to exclude handwriting evidence. Because these motions are still being filed, responded to, and heard by the Court, undersigned counsel expects that the

Court will be holding substantive motion hearings throughout October in the weeks leading up to trial, the same time this case is set for trial.

4. Additionally, undersigned counsel has trial specially set on:

   a. December 6, 2022 in the case of *United States v. Alberico Crespo*, 21-CR-20005-DPG, which is expected to last approximately two to three weeks,

   b. January 10, 2022 before this Court in the case of *United States v. Fidalgis Font*, 21-CR-20106-RNS, which is expected to last all of January, and

   c. January 31, 2022 in the case of *United States v. Elizabeth Hernandez*, 22-CR-20152, which is expected to last several weeks.

5. In addition to preparing for these trials, undersigned needs more time to review the discovery in this case which includes hundreds of pages of reports involving information from social media. The defense may need to consult technology experts and issue subpoenas as part of its trial preparation. Undersigned's requested continuance is not based on lack of diligent preparation by either party; rather, the continuance is necessary to provide Mr. Catalano with effective assistance of counsel. This is Mr. Catalano's first request for a continuance in this matter.

6. Mr. Catalano therefore asks that this Court continue the trial date to February 2023.

7. Undersigned has conferred with AUSA Arielle Klepach who indicated that the government does not oppose this Motion.

WHEREFORE, based on the foregoing, Mr. Catalano requests this Court grant his Unopposed Motion to Continue Trial Date.

Respectfully submitted,

*/s/ Marc David Seitles*
Marc David Seitles
Fla. Bar No. 0178284

mseitles@seitleslaw.com

**/s/ *Ashley Litwin***
Ashley Litwin
Fla. Bar No. 0096818
alitwin@seitleslaw.com

**/s/ *Alyssa M. Altonaga***
Alyssa M. Altonaga
Fla. Bar No. 1025089
aaltonaga@seitleslaw.com

Seitles & Litwin, P.A.
Courthouse Center
40 N.W. 3rd Street
Penthouse One
Miami, Florida 33128
T: 305-403-8070
F: 305-403-8210

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022, the foregoing document was electronically filed via CM/ECF which will serve all parties of record.

**/s/ *Marc David Seitles***
Marc David Seitles