IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 19-20674-cr-GAYLES (s)(s)(s)

UNITED STATES OF AMERICA       :
                                :
v.                              :
                                :
STEPHEN MANUEL COSTA,           :
_____/

UNOPPOSED MOTION TO CONTINUE SENTENCING

DEFENDANT STEPHEN COSTA, through counsel, respectfully moves the Court for an unopposed continuance of his sentencing hearing, and states:

1. Sentencing is set for February 27, 2025.

2. Mr. Costa's Presentence Investigation Report is voluminous and complex.

3. His counsel requires additional time to address the issues it contains and prepare objections.

4. The Government does not oppose a 6-week continuance.

WHEREFORE, Mr. Costa respectfully moves the Court for a 6-week continuance of his sentencing hearing for a setting no earlier than the week of April 7, 2025.

Date: February 8, 2025.

Respectfully submitted,

*/s/ David A. Howard*
David A. Howard, Esq.
25 SE 2nd Avenue, Suite 1105
Miami, Florida 33131
Tel.: (786)360-6056
Emails: david@davidhowardlaw.com
        davidlaw1100@gmail.com