IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 19-20674-cr-GAYLES (s)(s)(s) |
| | : | |
| STEPHEN MANUEL COSTA, | : | |
| _____ / | | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

DEFENDANT STEPHEN COSTA, through counsel, respectfully moves the Court for a second, unopposed continuance of his sentencing hearing, and states:

1. The Court granted Costa's prior motion to continue his sentencing, which was requested on account of the extensive and complex nature of the Presentence Investigation Report.

2. Costa is requesting an additional 30 days for the same reason, and because one of Costa's attorneys is presently consumed by a serious family issue with which he has been recently confronted.

3. For the Government's part, AUSA Frank Tamen has a conflict with the April 10, 2025, sentencing date presently set in Costa's case, as he is scheduled before Judge Becerra on April 7, 2025, in *U.S. v. Zapata*, 24-20187, for a trial which is expected to last for most of that week.

WHEREFORE, Mr. Costa respectfully moves the Court for an second continuance of his sentencing, for 30-days, which the Government does not oppose.

Date: March 24, 2025.

Respectfully submitted,

*/s/ David A. Howard*
David A. Howard, Esq.
25 SE 2nd Avenue, Suite 1105
Miami, Florida 33131
Tel.: (786)360-6056
Emails: david@davidhowardlaw.com
davidlaw1100@gmail.com

2