U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "*Instructions for Service of Process by U.S. Marshal*"

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| UNITED STATES OF AMERICA | **RECEIVED** By U.S. Marshals Service S/FL at 3:26 pm, Apr 02, 2025 | 19-CR-20674-DPG(s)(s)(s)(s)(s)(s) |
| DEFENDANT | | TYPE OF PROCESS |
| STEPHEN MANUEL COSTA | | Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Real Property located at 7441 SW 125th Avenue, Miami, Florida 33183

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
7441 SW 125th Avenue, Miami, Florida 33183

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Nicole Grosnoff, AUSA<br>99 NE 4th Street, 7th Floor<br>Miami, FL 331321 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please post and walk Preliminary Order of Forfeiture.

CATS ID: 25-FBI-002492

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| NICOLE GROSNOFF<br>Digitally signed by NICOLE GROSNOFF<br>Date: 2025.04.01 10:48:02 -04'00' | [X] PLAINTIFF<br>[ ] DEFENDANT | 305-961-9294 | 4/1/2025 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 04 | No. 04 | CHRISTINA RUSSELL (Affiliate)<br>Digitally signed by CHRISTINA RUSSELL (Affiliate)<br>Date: 2025.04.03 12:08:27 -04'00' | 4/2/2025 |

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 4/4/25 | 10:02 | [ ] am<br>[ ] pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Posted in a clear conspicuous manner.

FILED BY _____ D.C.
APR 15 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Form USM-285
Rev. 03/21