IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 19-20674-cr-GAYLES (s)(s)(s)

UNITED STATES OF AMERICA          :
                                  :
v.                                :
                                  :
STEPHEN MANUEL COSTA.             :
_____/

AGREED OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

DEFENDANT STEPHEN MANUEL COSTA, and the UNITED STATES OF AMERICA (the Parties) through their respective counsel, respectfully submit the following agreed objections to the Presentence Investigation Report (PSI) and state:

OBJECTION TO LOSS AMOUNT

1. The Parties object to Paragraph 183 of the PSI, for attributing a loss amount of $78 Million to the defendant and, therefore, applying § 2B1.1(b)(1)(M) of the United States Sentencing Guideline (USSG) to add 24 levels in the computation of his Guideline Offense Level.

The Parties agree that the loss amount which the Government would be prepared to attribute to Mr. Costa, for sentencing purposes, is more than $25 Million but not more than $65 Million. Therefore, the applicable section from the Loss Amount Table is USSG § 2B1.1(b)(1)(L), resulting in a 22-level enhancement, not 24 levels, and a Base Offense Level of 32, not 34.

OBJECTION TO ROLE ADJUSTMENT

2. The Parties object to Paragraph 186 of the PSI, for classifying Mr. Costa's role in the offense as that of an organizer or leader and assessing a 4-level enhancement pursuant to USSG § 3B1.1(a).

The Parties agree that Mr. Costa was a manager or supervisor, but not an organizer or leader of the conspiracy and is thus deserving of an intermediate 3-level enhancement pursuant to § 3B1.1(b).

WHEREFORE, Defendant and the Government respectfully object the PSI as indicated.

Date:  April 28, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ David A. Howard* | *Frank Tamen* |
| David A. Howard, Esq. | Frank Tamen, Esq. |
| 25 SE 2nd Avenue, Suite 1105 | Office of the United States Attorney |
| Miami, Florida 33131 | 99 NE 4th Street |
| Tel.: (786)360-6056 | Miami, Florida 33132 |
| Email: david@davidhowardlaw.com | Tel.: (305) 961-9000 |
| | Email: Frank.Tamen@usdoj.gov |