**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CR-20674-GAYLES(s)(s)(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

**v.**

**STEPHEN MANUEL COSTA,**

      **Defendant.**

---

   **ANNIE GONZALEZ,**

      **Claimant.**

**UNOPPOSED MOTION TO APPROVE AND ENTER STIPULATION AND SETTLEMENT AGREEMENT ON REAL PROPERTY LOCATED AT 7441 SW 125th AVENUE, MIAMI, FLORIDA 33183**

The United States requests that the Court approve and enter the Stipulation and Settlement Agreement ("Agreement") between the United States and Claimant Annie Gonzalez ("Claimant"). In support of its motion, the Government submits:

1.  On March 27, 2025, pursuant to 18 U.S.C. § 982(a)(1), the Court entered a Preliminary Order of Forfeiture, ECF No. 1088, forfeiting, subject to third-party interests, the following property to the United States: real property located at 7441 SW 125th Avenue, Miami, Florida 33183, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

> Also known as: Lot 11, Block 1, Red Berry Estates, according to the plat thereof as recorded in Plat Book 170, Page 28, Public Records of Miami-Dade County, Florida.

1

Parcel Identification No. 30-4936-043-0110 ("Property").

2.      Claimant has asserted an interest in the Property, claiming an interest based on her titled ownership interest in the Property as set forth in the deed instrument dated July 16, 2025, and recorded at Book 29700 and Page 1120 in the Public Records of Miami-Dade County. *See* 21 U.S.C. § 853(n)(6).

3.      The United States and Claimant have entered into an Agreement regarding the Property. *See* Agreement. The terms of the Agreement are subject to approval of the Court.

4.      Accordingly, the United States now files this motion respectfully requesting that the Court approve the terms of the Agreement.

The United States requests that this Court grant this motion, retain jurisdiction over this matter, and for such other relief as the Court deems just and proper. A proposed order is attached.

## LOCAL RULE 88.9 CERTIFICATION

Pursuant to Local Rule 88.9, I hereby certify that the undersigned counsel has conferred with defense counsel via e-mail on October 27, 2025, and there is no opposition/objection to the relief sought.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:      */s/ Nicole Grosnoff*
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294

2