UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-GAYLES(s)(s)(s)(s)(s)(s)

**UNITED STATES OF AMERICA**

v.

**STEPHEN MANUEL COSTA,**

      **Defendant.**

**ANNIE GONZALEZ,**

      **Claimant.**

**ORDER APPROVING STIPULATION AND SETTLEMENT AGREEMENT ON REAL PROPERTY LOCATED AT 7441 SW 125th AVENUE, MIAMI, FLORIDA 33183**

THIS CAUSE is before the Court on the United States' Motion to Approve Stipulation[and Settlement Agreement ("Agreement") between the United States and Claimant Annie Gonzalez ("Claimant"). The Court has carefully reviewed the Motion for Approval, the related Agreement, and is otherwise advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The United States' Motion to Approve Stipulation and Settlement Agreement between the United States and Claimant is **GRANTED**.

2. The Stipulation and Settlement Agreement entered into between the United States and the Claimant is **APPROVED**.

3. The Court will retain jurisdiction over this matter and the parties to enter such further orders as may be necessary to effectuate the Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of _____ _____ 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE