UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-GAYLES(s)(s)(s)(s)(s)(s)

UNITED STATES OF AMERICA

v.

STEPHEN MANUEL COSTA,

    Defendant.

ANNIE GONZALEZ,

    Claimant.

**ORDER APPROVING STIPULATION AND SETTLEMENT AGREEMENT ON REAL PROPERTY LOCATED AT 7441 SW 125th AVENUE, MIAMI, FLORIDA 33183**

**THIS CAUSE** is before the Court on the United States' Motion to Approve Stipulation and Settlement Agreement ("Agreement") between the United States and Claimant Annie Gonzalez ("Claimant") [ECF No. 1164]. The Court has carefully reviewed the Motion for Approval, the related Agreement, and is otherwise advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The United States' Motion to Approve Stipulation and Settlement Agreement between the United States and Claimant is **GRANTED**.

2.    The Stipulation and Settlement Agreement entered into between the United States and the Claimant is **APPROVED**.

3. The Court will retain jurisdiction over this matter and the parties to enter such further orders as may be necessary to effectuate the Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of December 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE