**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:19-CR-20674-DPG (GAYLES)

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

STEPHEN MANUEL COSTA,

*Defendant.*
_______________________________________/

**DEFENDANT STEPHEN MANUEL COSTA'S EMERGENCY MOTION FOR TEMPORARY RELEASE / FURLOUGH TO ATTEND FATHER'S FUNERAL**

COMES NOW the Defendant, Stephen Manuel Costa, by and through undersigned counsel, and respectfully moves this Honorable Court on an emergency basis for an order directing the temporary release (furlough) of Defendant from the custody of the Bureau of Prisons for a limited period sufficient to allow him to attend his father's viewing and funeral services on Monday, October 19, 2026. In support of this Motion, Defendant states as follows:

1. On July 16, 2025, this Court sentenced Defendant to a total term of 168 months' imprisonment following his guilty plea to conspiracy to traffic in medical products with false documentation, in violation of 18 U.S.C. § 670, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). Defendant was ordered to surrender to the Bureau of Prisons by August 15, 2025, and is currently serving his sentence in BOP custody.

2. Defendant is a husband and father of two young daughters. He has maintained strong family ties throughout these proceedings.

3. Defendant's father has recently passed away. Funeral services are scheduled for Monday, October 19, 2026, in the Miami area. The viewing will be held from 10:00 a.m. to 12:00 noon, and the burial will take place at 12:30 p.m.

4. Defendant respectfully requests temporary release for a limited period on Monday, October 19, 2026, sufficient to allow him to attend the viewing and burial services and then return to custody the same day or the following morning. The precise release and return times can be coordinated with the facility and the United States Marshals Service or BOP as the Court directs.

5. Defendant proposes the following conditions of temporary release to reasonably assure his return to custody and the safety of the community: (a) release into the custody of his wife, Dr. Annie Gonzalez, or another suitable third-party custodian approved by the Court or Pretrial/Probation Services; (b) restriction to the Miami-Dade County area for the duration of the temporary release; (c) no contact with any witnesses or co-defendants; (d) immediate return to the designated BOP facility at the conclusion of the services; and (e) any additional conditions the Court or BOP deems appropriate, including electronic monitoring if required.

6. Title 18 U.S.C. § 3622 authorizes the Bureau of Prisons to temporarily release a sentenced prisoner for a limited period for specified purposes, including "to participate in family and community activities that contribute to the prisoner's reintegration into the community" and in connection with family emergencies or other compelling reasons. BOP regulations further provide for emergency furloughs in cases of family crises. See 28 C.F.R. § 570.33 et seq.; BOP Program Statement 5280.09.

7. Although primary authority for furloughs of sentenced inmates rests with the BOP, this Court retains the authority to order temporary release, or to recommend and direct the BOP to grant a short-term emergency furlough, when a compelling family reason exists and appropriate conditions can be imposed to assure the defendant's return. Courts have granted or recommended

such temporary releases for funeral attendance and other family emergencies when the request is narrowly tailored and supported by the facts.

8. The death of a parent and the opportunity to attend the funeral constitute a classic compelling family reason. Defendant's request is limited in duration, purpose, and geographic scope. There is no indication that Defendant poses an unreasonable risk of flight or danger if released under the proposed conditions for this short period.

9. Pursuant to Local Rule 88.9 of the Southern District of Florida, undersigned counsel certifies that counsel conferred with Assistant United States Attorney Frank Tamen on October 15, 2026, in a good-faith effort to resolve the issues raised in this Motion, and the Government does not object.

WHEREFORE, Defendant Stephen Manuel Costa respectfully requests that this Court enter an Order:

a. Granting temporary release / furlough on Monday, October 19, 2026, for a period sufficient to allow Defendant to attend his father's viewing (10:00 a.m. to noon) and burial (12:30 p.m.), with return to BOP custody the same day or the following morning;

b. Directing the Bureau of Prisons and the facility holding Defendant to facilitate the temporary release under the conditions set forth above or such other conditions as the Court deems appropriate; and

c. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

By: /s/ *David A. Howard*
David A. Howard, P.A.
Fla. Bar No. 956589
25 S.E. 2nd Avenue, Suite 1105
Miami, Florida 33131
Tel.: (786) 360-6056
E-Mail: david@davidhowardlaw.com
*Attorney for Defendant, Stephen Manuel Costa*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including the Assistant United States Attorney assigned to this matter.

By: s/David A. Howard
David A. Howard