**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20674-Cr-GAYLES**

**UNITED STATES OF AMERICA**

**v.**

**STEPHEN M. COSTA,**

**Defendant.**

**________________________________/**

## GOVERNMENT'S RESPONSE TO DEFENDANT STEPHEN COSTA'S MOTION FOR FURLOUGH

The United States has discussed with counsel for defendant Stephen Costa his motion to obtain a furlough from custody for the purpose of attending his father's funeral.

Costa has extensive family ties to the Southern District of Florida and the United States does not consider him a flight risk. The United States also does not consider there to any risk of danger to the community in the relief the defendant seeks.

According, the United States has no objection to the requested furlough.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/Frank H. Tamen
FRANK H. TAMEN
Assistant United States Attorney
Florida Bar No. 261289
99 Northeast 4th Street, Suite 700
Miami, Florida 33132-2111
Telephone: 305-961-9022
Email: Frank.Tamen@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ Frank H. Tamen
Frank H. Tamen
Assistant United States Attorney