**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:19-CR-20674-DPG**

**UNITED STATES OF AMERICA**

**v.**

**STEPHEN MANUEL COSTA,**

**Defendant.**
_______________________________/

**ORDER**

**THIS CAUSE** is before the Court on Defendant's Stephen Manuel Costa's Emergency Motion For Temporary Release / Furlough To Attend Father's Funeral. [ECF No. 1198]. According to the Motion, the Government does not oppose the relief requested. *Id.* at 3. Having reviewed the record, it is hereby **ORDERED AND ADJUDGED** that Defendant's Emergency Motion is hereby **GRANTED** as follows:

a. On **Monday, October 19, 2026, at 8:00 a.m.**, the Bureau of Prisons shall temporarily release Defendant to the custody of his wife, Dr. Annie Gonzalez;

b. Defendant shall be restricted to Miami-Dade County, Florida for the duration of his temporary release, and he shall be accompanied by Dr. Gonzalez at all times; and

c. **By 4:00 p.m. on October 19, 2026**, Defendant shall surrender to the Bureau of Prisons at the Federal Detention Center, 33 NE 4th Street, Miami, FL 33132.

**DONE AND ORDERED** in chambers at Miami, Florida this 15th day of October, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE