**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20674-Cr-GAYLES**

**UNITED STATES OF AMERICA**

**v.**

**STEPHEN COSTA,**

**Defendant.**

**________________________________/**

**GOVERNMENT'S MOTION TO RESCIND FURLOUGH ORDER**

The United States hereby moves to rescind the Order of this court filed on Thursday, October 15, granting a temporary furlough to Stephen Costa for release from prison to attend a funeral (D.E. 1201).

The United States originally had no objection to the furlough on the belief it was within the court's authority to grant it. However, legal counsel for the Bureau of Prisons has since advised the U.S. Attorney's Office that the order in question was beyond the scope of the court's authority. Title 18, United States Code, Section 3622, gives authority to furlough prisoners exclusively to the Bureau of Prisons. Case law supports this interpretation, as noted in United States v. Alvarez, USDC, SDFL, Case No. 19-20343-Cr-Bloom, May 21, 2020, non-reported order, at page 3; the statute "gives authority over temporary-release decisions 'to the Bureau of Prisons (BOP), not the federal courts,'" and cases cited therein.

The United States has discussed this matter with defense counsel, but they have declined to take a position on the matter. However, the law is clear.

*Wherefor*, despite the good intentions of all, the United States necessarily moves for rescission of the order.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/Frank H. Tamen
FRANK H. TAMEN
Assistant United States Attorney
Florida Bar No. 261289
99 Northeast 4th Street, Suite 700
Miami, Florida 33132-2111
Telephone: 305-961-9022
Email: Frank.Tamen@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 16, 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ Frank H. Tamen
Frank H. Tamen
Assistant United States Attorney