**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20674-CR-GAYLES**

**UNITED STATES OF AMERICA**

**v.**

**STEPHEN MANUEL COSTA,**

**Defendant.**
_____________________________________/

# MOTION TO SEAL

The United States hereby moves to SEAL a motion to be filed, on the grounds that this motion will contain sensitive law enforcement information, the release of which could endanger the safety of potential witnesses.

Respectfully submitted,

YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY

Date: ___________

By: */s/ Frank H. Tamen*

FRANK H. TAMEN
Assistant United States Attorney
Florida Bar No. 0261289
99 NE 4th Street, Ste. 700
Miami, Florida 33132
Tel: (305) 961-9022
Fax: (305) 536-7213
Frank.Tamen@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20674-CR-GAYLES**

**UNITED STATES OF AMERICA**

**v.**

**STEPHEN MANUEL COSTA,**

**Defendant.**
**_____________________________________/**

**ORDER TO SEAL**

Upon motion by the United States, and for good cause shown, the Motion to be filed shall remain UNDER SEAL until further order of this court.

Done and Ordered at Miami, Florida this ______ day of _____________, 2026.

_______________________________________
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Cc: AUSA Frank H. Tamen