**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20674-CR-GAYLES**

**UNITED STATES OF AMERICA**

**v.**

**STEPHEN MANUEL COSTA,**

Defendant.
_______________________________________/

**ORDER TO SEAL**

Upon motion by the United States, and for good cause shown, the Motion to be filed shall remain UNDER SEAL until further order of this court.

**DONE AND ORDERED** in Chambers at Miami, Florida this 18th day of November 2026.

______________________________
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record